No. 277. UNITED STATES TRUST Co., EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Pe-

tition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Will R. Gregg* and *Allin H. Pierce* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Miss Helen R. Carloss* for respondent.